**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**LAKEITH HARRIS**                                                             **PLAINTIFF**

v.                                                                                             **No. 2:10CV11-P-S**

**OFFICER ERIC BOWEN, ET AL.**                                            **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants to dismiss the plaintiff's claims **GRANTED**, and this case is **DISMISSED** as untimely filed.

**SO ORDERED,** this the 2nd day of November, 2010.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE